JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE BADILLA, <br>     Petitioner, <br> v. <br> C. DUCART, Warden, <br>     Respondent. | Case No. CV 16-09661-DMG (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: May 29, 2018

_____
DOLLY M. GEE
United States District Judge